UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARILYN J. McRILL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 12-CV-2175 |
| NATIONWIDE CREDIT, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

On December 6, 2012, Magistrate Judge David G. Bernthal filed a Report and Recommendation (#24) in the above cause. Judge Bernthal recommended denying the Motion to Dismiss (#16) filed by Defendant, Nationwide Credit, Inc., and denying the Motion for Leave to Cite Additional Authority (#21) filed by Plaintiff, Marilyn J. McRill. On December 20, 2012, Defendant filed its Objection to Report and Recommendation and Supporting Brief (#25). This court has carefully reviewed Judge Bernthal's thorough and well-reasoned recommendation and Defendant's Objection. Following this court's careful de novo review, this court agrees with Judge Bernthal's recommendation that the Motion to Dismiss (#16) should be denied. This court agrees with Judge Bernthal that "it is plausible that, even absent a threat of litigation, a collection letter that fails to disclose that a debt is time-barred, or the dates of the transactions giving rise to the debt (which would, at least, give the consumer some idea of how old the debt was), would deceive at least a significant fraction of the population as to the character and legal status of the debt by creating the impression that the debt collector could sue to collect."

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#24) is accepted by this court.

(2) Defendant's Motion to Dismiss (#16) is DENIED.

(3) Plaintiff's Motion for Leave to Cite Additional Authority (#21) is DENIED.

(4) This case is referred to Judge Bernthal for further proceedings.

ENTERED this <u>28th</u> day of <u>December</u>, 2012.


s/MICHAEL P. McCUSKEY
U.S. DISTRICT JUDGE